UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LOPEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>                    Defendants. | Case No. CV 13-1780 GHK(PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss the Third Amendment Complaint is granted and the case is dismissed with prejudice.

DATED: 2/3/16

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\LOPEZ 1780\Order accep r&r on MTD.wpd