UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LOPEZ, | Case No. CV 13-1780-GHK (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF RIVERSIDE, et. al., | |
| Defendants. | |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 2/3/16

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\LOPEZ 1780\Judgment.wpd